IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

COURTNEY L. DAVIS,

      Appellant,

v.

      Case No.  5D23-50
      LT Case Nos. 16-2015-CF-03720-AXXX
                16-2015-CF-02671-AXXX

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed February 28, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Marianne L. Aho, Judge.

Courtney Davis, Milton, pro se.

Ashley Moody, Attorney General,
and Heather Flanagan Ross,
Assistant Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., HARRIS and MACIVER, JJ., concur.